IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

AMERICAN RESOURCES INSURANCE          PLAINTIFF
COMPANY, INC.

VS.                                   CIVIL ACTION 4:09cv181 TSL-LRA

W.G. YATES & SONS CONSTRUCTION COMPANY,
et al.                                DEFENDANTS

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason W. G. Yates & Sons Construction Company, one of the defendants, is on the recusal list of the undersigned United States district judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this  20th  day of January, 2010.


                                       /s/Tom S. Lee
                                       UNITED STATES DISTRICT JUDGE